UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KEVIN JAMES DIGGS** | **CIVIL CASE NO. 6:24-CV-01592** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **16TH JUDICIAL DISTRICT** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 6], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this CIVIL RIGHTS COMPLAINT [Doc. 1] be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted.

THUS DONE AND SIGNED in Chambers this 30th day of January, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE